```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF      :
CARPENTERS PENSION FUND, NEW YORK CITY     :
DISTRICT COUNCIL OF CARPENTERS WELFARE     :
FUND, NEW YORK CITY DISTRICT COUNCIL OF    :   07 Civ. 6931 (DLC)
CARPENTERS VACATION FUND, NEW YORK CITY    :
DISTRICT COUNCIL OF CARPENTERS ANNUITY     :        ORDER
FUND, NEW YORK CITY DISTRICT COUNCIL OF    :
CARPENTERS APPRENTICESHIP, JOURNEYMAN      :
RETRAINING, EDUCATIONAL AND INDUSTRY       :
FUND, NEW YORK CITY DISTRICT COUNCIL OF    :
CARPENTERS CHARITY FUND, and THE NEW       :
YORK CITY AND VICINITY CARPENTERS LABOR    :
MANAGEMENT COOPERATION FUND, by MICHAEL    :
J. FORDE, and PAUL O'BRIEN, as             :
TRUSTEES,                                  :
                                           :
                           Plaintiffs,     :
                                           :
         -against-                         :
                                           :
UNIQUE INSTALLERS INC.,                    :
                                           :
                           Defendant.      :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

DENISE COTE, District Judge:

Plaintiffs filed on August 2, 2007 a petition to confirm and enforce an arbitration award. Service of the summons and complaint was made on the defendant, through the Secretary of the State of New York, on August 13, 2007. The defendant has not answered the complaint.

On October 9, the plaintiffs submitted a proposed order to show cause. Confirmation proceedings for arbitration awards should be "treated as akin to a motion for summary judgment

based on the movant's submissions." <u>D.H. Blair & Co., Inc. v. Gottdiener</u>, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby

ORDERED that petitioners shall submit any additional materials with which they intend to support their petition for confirmation by **October 19, 2007**.

IT IS FURTHER ORDERED that respondents' opposition, if any, is due on **November 2, 2007**.

IT IS FURTHER ORDERED that petitioners' reply, if any, is due **November 9**.

IT IS FURTHER ORDERED that at the time the reply is served, the petitioners shall submit two courtesy copies of all motion papers, marked as such, to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         October 9, 2007

                                   _____
                                   DENISE COTE
                                   United States District Judge