UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, et al.,
                      Plaintiff,

-against-

UNIQUE INSTALLERS INC.,
                      Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

07 CIVIL 6931 (DLC)

**JUDGMENT**

# 07,2203

    Plaintiff having moved to confirm and enforce an arbitration award, and for attorney's fees and costs, and the matter having been brought before the Honorable Denise Cote, United States District Judge, and the Court, on November 19, 2007, having issued its Memorandum Opinion and Order granting the petition to confirm the arbitration award and confirming the arbitrator's award of $2,350 in court costs's as well as awarding attorneys' fees and costs of this action in the amount of $1,185, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 19, 2007, the petition to confirm the arbitration award is granted and the arbitrator's award of $2,350 in court costs's is confirmed as well as awarding attorneys' fees and costs of this action in the amount of $1,185; accordingly, the case is closed.

Dated: New York, New York
         November 19, 2007

                    **J. MICHAEL MCMAHON**
                    Clerk of Court
BY:    _____
                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____